# Demovsky Lawyer Service
Premier Nationwide Document Retrieval and Process Service Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
**MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER**,
     Plaintiff(s),

Index No. 04-10380 GAO

-against-

AFFIDAVIT OF SERVICE

**PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, et al.**,
     Defendant(s).
------------------------------------------------------------X

STATE OF NEW YORK  )
                      S.S.
COUNTY OF NEW YORK)

HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 9th day of March 2004, at approximately 4:20 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, CIVIL ACTION COVER SHEET, COMPLAINT AND JURY DEMAND** upon Primedia Enthusiast Publication, Inc., d/b/a Practical Horseman at 745 Fifth Avenue, New York, NY 10151, by personally delivering and leaving the same with Jason Thaler, Associate General Counsel, who informed deponent that he is an agent authorized by appointment to receive service at that address.

Jason Thaler is a white male, approximately 35 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with brown hair and light eyes.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
11th day of March, 2004

_____
NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com