# Demovsky Lawyer Service
**Premier Nationwide Document Retrieval and Process Service Company**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------X
**MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER,**
                    Plaintiff(s),                                   Index No. 04-10380 GAO

        -against-                                                   AFFIDAVIT OF SERVICE

**PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, et al.,**
                    Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK  )
                            S.S.
COUNTY OF NEW YORK)

   HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

   That on the 9th day of March 2004, at approximately 4:20 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, CIVIL ACTION COVER SHEET, COMPLAINT AND JURY DEMAND** upon Sandra Cooke at 745 Fifth Avenue, New York, NY 10151, by personally delivering and leaving the same with Jason Thaler, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Sandra Cooke is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

   Jason Thaler is a white male, approximately 35 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 190 pounds with brown hair and light eyes.

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval and Process Service Company

That on the 10th day of March 2004, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to Sandra Cooke at 745 Fifth Avenue, New York, NY 10151, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

HECTOR FIGUEROA #870141

Sworn to before me this
11th day of March, 2004

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 510
NY, NY 10013
212-925-1220
www.dlsny.com