STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MUSTPHOTO, INC. d/b/a RANDI MUSTER
PHOTOGRAPHY and RANDI MUSTER,

Plaintiffs,

v.

PRIMEDIA ENTHUSIAST PUBLICATIONS,
INC. d/b/a PRACTICAL HORSEMAN,
MANDY LORRAINE, SUSAN SIMONE,
SANDRA COOKE, and HEIDI SCHEING,

Defendants,

CIVIL ACTION NO.
04-10380GA0

### DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants Primedia Enthusiast Publications, Inc., Mandy Lorraine, Susan Simone, Sandra Cooke and Heidi Scheing move that the Court extend to May 17, 2004, the date by which they need to file a responsive pleading to the Complaint. Defendants only retained counsel to represent them in this matter on or about March 25, 2004. The undersigned is presently scheduled to spend a substantial part of the month of April traveling. This will include a week long trip for business outside of the United States, and a near week long business trip in the southwest United States. Counsel has other business trips planned for April as well.

BST99 1401425-1.051618.0016

The defendants need to examine several issues and possibly to prepare affidavits. Therefore, this time is needed so that they can properly respond.

By Their Attorney,

*[signature]*

Michael Kendall (BBO #544866)
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000

Dated: March 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendants' Motion to Extend Time to Respond to Complaint has been served upon all counsel of record by first-class mail on this 29th day of March, 2004:

_____
Michael Kendall (BBO #544866)

# McDermott, Will & Emery

A Partnership Including
Professional Corporations
28 State Street
Boston, MA 02109-1775
617-535-4000
Facsimile 617-535-3800
www.mwe.com

Michael Kendall
Attorney at Law
mkendall@mwe.com
617-535-4085

Boston
Chicago
Düsseldorf
London
Los Angeles
Miami
Milan
Munich
New York
Orange County
Rome
San Diego
Silicon Valley
Washington, D.C.

March 29, 2004

Mr. Tony Anastas, Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02210

Re: Mustphoto, Inc. v. Primedia Enthusiast Publications, et al.
Civil Action No. 04-10380GAO

Dear Mr. Anastas:

Enclosed for filing please find the Defendants Primedia Enthusiast Publications, Inc., Mandy Lorraine, Susan Simone, Sandra Cooke and Heidi Scheing's Motion to Extend Time to Respond to Complaint.

Kindly date stamp and return a copy of this document in the enclosed stamped self-addressed envelope to the undersigned.

Thank you for your time.

Very truly yours,

Michael Kendall

Enclosure

BST99 1401613-1.051618.0016