UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER, <br><br> Plaintiffs, <br><br> v. <br><br> PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING, <br><br> Defendants. | CIVIL ACTION NO. 04-10380GAO |

## PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiffs Mustphoto, Inc. d/b/a Randi Muster Photography and Randi Muster ("Muster" or "Plaintiffs") hereby submit their opposition to Defendants' Primedia Enthusiast Publications, Inc., Mandy Lorraine, Susan Simone, Sandra Cooke, and Heidi Scheing ("Primedia" or "Defendants") Motion to Extend Time to Respond to Complaint (the "Motion"). Defendants' counsel claims, in the Motion, that an extension of time to file a responsive pleading is warranted because: (i) despite having been served with the Complaint on March 10, 2004, Defendants did not retain counsel until March 25, 2004, four (4) days before the March 29, 2004 deadline to respond to the Complaint, and (ii) Defendants' counsel will be traveling for a substantial part of April.

Plaintiffs state that they should not be penalized for Defendants' delay in obtaining outside counsel. First, Defendants have in-house counsel who are intimately

1

familiar with this case and have dealt with Plaintiffs' counsel regarding this matter. Further, in a firm of well over *one thousand* (1000) lawyers; Defendants' counsel should be able to find another attorney who can answer what is a relatively straightforward copyright complaint in his absence. Plaintiffs also state that Defendants did not accompany their Motion with the certificate required by Local Rule 7.1 (a)(2), and that the Motion is nothing other than a thinly-veiled attempt by Primedia, a corporate behemoth, to intimidate and harass Muster, a sole proprietor, into abandoning her suit by causing her to incur needless legal fees.

In the alternative, in the event this Court decides to give Defendants' an extension of time, Plaintiffs respectfully request that this Court limit the extension to ten (10) days, for Defendants to file their answer and answer only (i.e. no motions to dismiss, etc.) to the Complaint.

PLAINTIFF MUSTPHOTO, INC. d/b/a
RANDI MUSTER PHOTOGRAPHY
AND RANDI MUSTER
BY THEIR ATTORNEYS,

_____
Michael B. Cosentino, BBO#558036
Don J.J. Cordell, BBO #566933
Lana Sullivan, BBO #649364
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
Wellesley Office Park, Suite 200
60 William Street
Wellesley, Massachusetts 02481-3803
Tel: (781) 237-4400
Fax: (781) 235-2333

Dated: April 1, 2004

K:\user\David\Muster, Randi-2711\Mustphoto,Inc\Opposition to Primedia's Motion for Extension.doc

2

## CERTIFICATE OF SERVICE

I, Lana Sullivan, hereby certify that a true and accurate copy of Plaintiffs' Opposition to Defendants' Motion for Extension of Time has been served via first-class mail this 1st day of April, 2004 to the following counsel of record:

Michael Kendall, Esq.
McDermott, Will & Emery
28 State Street
Boston, Massachusetts 02109

_____
Lana Sullivan