UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING,<br><br>Defendants, | CIVIL ACTION NO: 04-10380GA0 |

## AFFIDAVIT OF HEIDI SCHEING

I, Heidi Scheing, hereby depose and state as follow:

1. I am presently employed as the Art Director of the Practical Horseman Magazine. I have worked for this magazine for approximately one year.

2. My office is located in the Editorial Office for Practical Horseman which is in Coatesville, Pennsylvania. I live nearby in Lincoln University, Pennsylvania. I have been a Pennsylvania resident for fifteen years.

3. As part of my work for Practical Horseman, I have never traveled to Massachusetts. In fact, I have never traveled to Massachusetts for any business purpose for any employer. The last time I visited Massachusetts was approximately ten years ago when I went to attend a baptism.

4. I do not own any real estate in Massachusetts. I do not have any ownership interest in any business located in Massachusetts or incorporated in Massachusetts. I do not maintain a bank account in any Massachusetts bank. I have never been a Massachusetts resident.

5.   I am not aware of my having any contact with Massachusetts as a result of Practical Horseman's purchase of a photo from Randi Muster.

Signed under the pains and penalties of perjury this __11th__ day of May, 2004.

_Heidi Scheing_
Heidi Scheing

5/11/04

BST99 1404519-3.051618.0016