UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER, <br><br> Plaintiffs, <br><br> v. <br><br> PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING, <br><br> Defendants, | CIVIL ACTION NO. 04-10380GAO |

## AFFIDAVIT OF MANDY LORRAINE

I, Mandy Lorraine, hereby depose and state as follow:

1. I was employed by the Practical Horseman Magazine for approximately twenty-five years, most recently as Editor. My employment with the magazine ended in April of 2004.

2. My office was located in the headquarters for Practical Horseman which is in Coatesville, Pennsylvania. The mailing address for the headquarters is a Post Office Box in Unionville, Pennsylvania. I live nearby in Oxford, Pennsylvania. I have been a Pennsylvania resident for twenty-seven years.

3. Sometime in or before 1991, I traveled to Massachusetts on one occasion to cover an event, but have not traveled to Massachusetts as part of my work for Practical Horseman since 1991. I have never traveled to Massachusetts for any other employer. The last time I visited Massachusetts was over three years ago, when I drove through Massachusetts on my way to Maine.

4. I do not own any real estate in Massachusetts. I do not have any ownership interest in any business located in Massachusetts or incorporated in Massachusetts. I do not maintain a bank account in any Massachusetts bank. I have never been a Massachusetts resident.

5. I am not aware of my having any contact with Massachusetts as a result of Practical Horseman's purchase of a photo from Randi Muster.

Signed under the pains and penalties of perjury this 17th day of May, 2004.

Mandy Lorraine

BST99 1404699-3.051618.0016