UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING,<br><br>Defendants, | CIVIL ACTION NO.<br>04-10380GA0 |

## AFFIDAVIT OF SANDRA COOKE LEIBY

I, Sandra Cooke Leiby, hereby depose and state:

1. I am presently employed as the Managing Editor of the Practical Horseman Magazine. I have worked for this magazine as a staff employee since December of 1996. Prior to that I performed freelance work for Practical Horseman, but I was not a staff employee.

2. I work full-time off-site from my office in Winterport, Maine, which is an approximately four hour drive from Boston. I live in Winterport, Maine as well. I have been a Maine resident since 1988 or 1989.

3. As part of my work for Practical Horseman, I have traveled to Massachusetts on a few occasions. The last time I visited Massachusetts for the magazine was for a story in March of 2003 that was unrelated to Randi Muster. The last time I was in Massachusetts was in September of 2003 for a reunion.

4. I do not own any real estate in Massachusetts. I do not have any ownership interest in any business located in Massachusetts or incorporated in

Massachusetts. I do not maintain a bank account in any Massachusetts bank. I was a Massachusetts resident from 1971 until moving to Maine in 1988 or 1989.

5. I am not aware of my having any contact with Massachusetts as a result of Practical Horseman's purchase of a photo from Randi Muster.

Signed under the pains and penalties of perjury this 13th day of May, 2004.

*Sandra Cooke Leiby*
Sandra Cooke Leiby