UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING,<br><br>Defendants, | CIVIL ACTION NO. 04-10380GA0 |

AFFIDAVIT OF SUSAN SIMONE

I, Susan Simone, hereby depose and state as follow:

1.  I was employed as the Editorial Production Coordinator of the Practical Horseman Magazine from December of 2002 until April of 2004. I accepted a position at another company that started on April 30, 2004.

2.  My office is located at the Practical Horseman Editorial Office, located in Coatesville, Pennsylvania. I live nearby in East Fallowfield Township, Pennsylvania. I have been a Pennsylvania resident for 47 years.

3.  As part of my work for Practical Horseman, I have never traveled to Massachusetts. In fact, I have never traveled to Massachusetts for any business purpose for any employer. The last time I visited Massachusetts was in approximately 1983, traveling home from a trip to Maine.

4.  I do not own any real estate in Massachusetts. I do not have any ownership interest in any business located in Massachusetts or incorporated in

Massachusetts. I do not maintain a bank account in any Massachusetts bank. I have never been a Massachusetts resident.

5. I am not aware of my having any contact with Massachusetts as a result of Practical Horseman's purchase of a photo from Randi Muster.

Signed under the pains and penalties of perjury this 11th day of May, 2004.

*Susan Simone*
Susan Simone

BST99 1404710-1.051618.0016