UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING,<br><br>Defendants, | CIVIL ACTION NO.<br>04-10380GA0 |

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the documents listed below to the following counsel of record via first class mail, on Monday, May 17, 2004:

> Lana Sullivan
>
> Seegel, Lipshutz & Wilchins, P.C.
>
> 60 William Street, Suite 200
>
> Wellesley, MA 02481

The following documents were served:

> 1. Primedia Enthusiast Publications, Inc.'s Motion to Dismiss or Transfer;
>
> 2. Primedia Enthusiast Publications, Inc.'s Memorandum of Law in Support of its Motion to Dismiss or Transfer;
>
> 3. Individual Defendants' Lorraine, Simone, Cooke-Leiby and Scheing's Motions to Dismiss;