# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN -1 P 3: 18
U.S. DISTRICT COURT
DISTRICT OF MASS.

MUSTPHOTO, INC. d/b/a RANDI MUSTER ) CIVIL ACTION NO.
PHOTOGRAPHY and RANDI MUSTER, ) 04-10380GAO
)
Plaintiffs, )
)
v. )
)
PRIMEDIA ENTHUSIAST PUBLICATIONS, )
INC. d/b/a PRACTICAL HORSEMAN, )
MANDY LORRAINE, SUSAN SIMONE, )
SANDRA COOKE, and HEIDI SCHEING, )
)
Defendants. )

## ASSENTED TO MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiffs Mustphoto, Inc. d/b/a Randi Muster Photography and Randi Muster ("Plaintiffs") hereby move this Court to extend the deadline for Plaintiffs to file a response to Defendant Primedia Enthusiast Publications, Inc.'s Motion to Dismiss and Transfer and Defendants Mandy Lorraine, Susan Simone, Sandra Cooke, and Heidi Scheing's Motion to Dismiss to July 2, 2004. The undersigned has an upcoming deposition in which the deponent is located in upstate New York, as well as two trials, one of which will take place out-of-state for approximately one (1) week. Plaintiffs need the additional time in order to analyze the issues raised in Defendants' Motions and properly prepare a response. Defendants' counsel has no objection to this request for an extension of time.

**PLAINTIFF MUSTPHOTO, INC. d/b/a
RANDI MUSTER PHOTOGRAPHY
AND RANDI MUSTER
BY THEIR ATTORNEYS,**

*/s/ Lana Sullivan*

Michael B. Cosentino, BBO#558036
Don J.J. Cordell, BBO #566933
Lana Sullivan, BBO #649364
SEEGEL, LIPSHUTZ & WILCHINS, P.C.
Wellesley Office Park, Suite 200
60 William Street
Wellesley, Massachusetts 02481-3803
Tel: (781) 237-4400
Fax: (781) 235-2333

Dated: May 28, 2004

K:\user\David\Muster, Randi-2711\Mustphoto,Inc\Muster's Motion for Extension.doc

## CERTIFICATE OF SERVICE

I, Lana Sullivan, hereby certify that a true and accurate copy of Plaintiffs' Opposition to Defendants' Motion for Extension of Time has been served via first-class mail this 28th day of May, 2004 to the following counsel of record:

Michael Kendall, Esq.
McDermott, Will & Emery
28 State Street
Boston, Massachusetts 02109

_/s/ Lana Sullivan_
Lana Sullivan