UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MUSTPHOTO, INC. d/b/a RANDI MUSTER PHOTOGRAPHY and RANDI MUSTER,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMEDIA ENTHUSIAST PUBLICATIONS, INC. d/b/a PRACTICAL HORSEMAN, MANDY LORRAINE, SUSAN SIMONE, SANDRA COOKE, and HEIDI SCHEING,<br><br>Defendants, | CIVIL ACTION NO. 04-10380GA0 |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Michael Kendall of McDermott, Will & Emery on behalf of Primedia Enthusiast Publications, Inc. in the above-referenced matter. Barbara L. Farley has filed an appearance on behalf of Primedia and will now represent them in this matter.

Respectfully submitted,

PRIMEDIA ENTHUSIAST PUBLICATIONS, INC.

By Its Attorneys

_____
Michael Kendall (BBO #544866)
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4000

11/16/04

BST99 1434315-1.051618.0016